AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2021

SEAN F. McAVOY, CLERK

HOPE D.,

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| ANDREW M. SAUL, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| _____ | |
| *Defendant* | |

Civil Action No.  1:20-CV-3125-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑  other:  The parties' Stipulated Motion for Remand, ECF No. 22, is GRANTED. The above-captioned case is REVERSED and
REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42
U.S.C. § 405(g).  Plaintiff's Motion for Summary Judgment, ECF No. 18, is STRICKEN AS MOOT.
Judgment is entered for the PLAINTIFF.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ John T. Rodgers _____ on a motion for remand.

Date:  5/28/2021 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Courtney Piazza
_____
*(By) Deputy Clerk*

Courtney Piazza
_____